Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 877-788-2864
aginsburg@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HECTOR ALCOCER, | ) | **Case No.:** |
| Plaintiff, | ) | **COMPLAINT FOR DAMAGES FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §1692 ET. SEQ.;** |
| v. | ) | |
| ENHANCED RESOURCE CENTERS, | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **(Unlawful Debt Collection Practices)** |

**COMPLAINT**

HECTOR ALCOCER ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against ENHANCED RESOURCE CENTERS ("Defendant").

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), which prohibits debt collectors from unlawful debt collection practices.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331, which grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendants conduct business in the State of California, therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Bakersfield, California 93306.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant is a corporation specializing in debt collection with its principal place of business located at 8014 Bayberry Road, Jacksonville, Florida 32256.

8. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees,

representatives, and insurers.

## FACTUAL ALLEGATIONS

10. At all relevant times herein, Defendant contacted Plaintiff in its attempts to collect a consumer debt.

11. Beginning in late June 2016 or early July 2016, Defendant placed repeated collection calls to Plaintiff's cellular telephone.

12. Defendant's calls originated from the numbers including, but not limited to; (800) 875-5143. The undersigned has confirmed that this number belongs to Defendant.

13. Upon initial communication with Plaintiff, Defendant requested to speak with "Hector Alcocer Sr."

14. The individual Defendant sought, "Hector Alcocer Sr.", is Plaintiff's father.

15. Furthermore, in that same conversation, Plaintiff requested that Defendant cease calling his phone number as "Hector Alcocer Sr." could not be reached at that number.

16. Defendant heard Plaintiff's request and ended the call.

17. Plaintiff understood Defendant's response to mean that no further calls would be made to his phone in connection with the collection of the alleged debt purportedly owed by his father.

18. However, Defendant failed to update its records and continued to call Plaintiff's telephone number seeking to speak with Plaintiff's father.

19. Defendant's actions as described herein were taken with the intent to abuse, harass, and coerce payment from Plaintiff for the disputed debt.

**COUNT I**
**DEFENDANT VIOLATED §§ 1692d and 1692d(5) OF THE FDCPA**

20. A debt collector violates § 1692d of the FDCPA by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

21. A debt collector violates § 1692d(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

22. Defendant violated §§ 1692d and 1692d(5) when it placed repeated and continuous telephone calls to Plaintiff's cellular telephone causing it to ring continuously with the intent to annoy, abuse, or harass Plaintiff, and continued to call knowing it was calling the wrong phone number.

WHEREFORE, Plaintiff, HECTOR ALCOCER, respectfully prays for a judgment as follows:

a. All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

b. Statutory damages of $1,000.00 for its violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

d. Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, HECTOR ALCOCER, demands a jury trial in this case.

Respectfully submitted,

DATED: December 14, 2016

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff