Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALCOCER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:16-cv-01872 |
| v. | ) |
| | ) |
| ENHANCED RESOURCE CENTERS, | ) **STIPULATION FOR DISMISSAL** |
| | ) **OF ACTION WITH PREJUDICE** |
| Defendant. | ) |
| | ) |

TO THE CLERK:

Plaintiff, HECTOR ALCOCER (herein after "Plaintiff"), and Defendant, ENHANCED RESOURCE CENTERS, (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| /S/ Tamar Gabriel | /S/ Amy L. Bennecoff Ginsburg |
|---|---|
| Tamar Gabriel, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Carlson & Messer LLP | Kimmel & Silverman, P.C. |
| 9841 Airport Blvd., Suite 1200 | 30 East Butler Pike |
| Los Angeles, CA 90045 | Ambler, PA 19002 |
| Phone: 310-242-2200 | Phone: (215) 540-8888 |
| Fax: 310-242-2222 | Fax: (215) 540-8817 |
| Email: GabrielT@cmtlaw.com | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: July 19, 2017 | Date: July 19, 2017 |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tamar Gabriel, counsel for Defendant, and that I have obtained Counsel's authorization to affix her electronic signature to this document.

Dated: July 19, 2017            Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of July, 2017:

Tamar Gabriel, Esq.
Carlson & Messer LLP
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
Phone: 310-242-2200
Fax: 310-242-2222
Email: GabrielT@cmtlaw.com

DATED: July 19, 2017         /s/ Amy L. Bennecoff Ginsburg
                             Amy L. Bennecoff Ginsburg
                             Attorney for Plaintiff