**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR ALCOCER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RESOURCE CENTER,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01872 DAD JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION BASED UPON THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Doc. 20) |

On July 19, 2017, the parties filed a stipulation to dismiss the action with prejudice and with each side bearing their own costs and fees. They rely on Rule 41 of the Federal Rules of Civil Procedure which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 20), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:　**July 20, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE